## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Criminal Case No. 10-cr-00474-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ROGELIO CHAVEZ-PINELA,

    Defendant.

---

### MINUTE ORDER[1]

---

The matter comes before the court *sua sponte*.  This case is set for a change or plea/immediate sentencing on February 4, 2011, at 2:30 p.m.  An opening on the court's calendar to advance this hearing to an early time slot has be come available.  After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1.  That the change of plea hearing/immediate sentencing set for February 4, 2011, at 2:30 p.m., is **VACATED** and is **RESET** on the court's calendar for February 4, 2011, at **10:00 a.m.**; and

2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated:  January 28, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.